# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | ) Case No.: 2:14-cr-/ℐ |
| | ) |
| Plaintiff, | ) ORDER FOR ISSUANCE OF |
| | ) WRIT OF HABEUS CORPUS |
| vs. | ) AD PROSEDUENDUM FOR |
| | ) LARRY PIERCE |
| LARRY PIERCE, | ) (ID#) 04558-015 |
| | ) |
| Defendant. | ) |
| | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **LARRY PIERCE** before the United States District Court at Las Vegas, Nevada, on or about I/A & A/P  Thurs **2/13/14**  3:00 PM  VCF  3D  hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:  January 15, 2014

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   KATHRYN C. NEWMAN
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada  89101
   702-388-6336
5

# UNITED STATES DISTRICT COURT
6
## DISTRICT OF NEVADA
7  -oOo-

8
   United States of America,                    )    Case No.: 2:14-cr- /8
9                                                )
                    Plaintiff,                   )    PETITION FOR WRIT OF HABEUS
                                                 )    CORPUS AD PROSEDUENDUM FOR
10                                               )    LARRY PIERCE
            vs.                                  )    (ID#) 04558-015
11                                               )
   LARRY PIERCE,                                 )
12                                               )
                    Defendant.                   )
13  _____        )

14        The petition of the United States Attorney for the District of Nevada respectfully shows

15  that **LARRY PIERCE** , is committed by due process of law in the custody of the Warden,

16  George W. Hill Correctional Facility, 500 Cheyney Road, Thornton, PA 19373, that it is

17  necessary that the said **LARRY PIERCE**  be temporarily released under a Writ of Habeas

18  Corpus Ad Prosequendum so that the said **LARRY PIERCE**  may be present before the United
                                                              I/A & A/P  Thurs 2/13/14
19  States District Court for the District of Nevada, Las Vegas, Nevada, or   3:00 PM  VCF 3D

20  hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused

21  by the said Court.

22        That the presence of the said **LARRY PIERCE**  before the United States District Court
                      I/A & A/P  Thurs 2/13/14
23  on or about    3:00 PM  VCF 3D      our of 3:00 p.m., for arraignment and from time to time

24  and day to day thereafter until excused by the Court has been ordered by the United States

    Magistrate or District Judge for the District of Nevada.

1    WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

2  Prosequendum issue out of this Court, directed to the Warden, George W. Hill Correctional

3  Facility, 500 Cheyney Road, Thornton, PA 19373 and to the United States Marshal for the

4  District of Nevada, commanding them to produce the said **LARRY PIERCE** before the United

5  States District Court on or about     I/A & A/P  Thurs 2/13/14     ur of 3:00 p.m., for arraignment and
                                          3:00 PM  VCF 3D

6  from time to time and day to day thereafter, at such times and places as may be ordered and

7  directed by the Court entitled above, to appear before the Court, and when excused by the said

8  Court, to be returned to the custody of the Warden, George W. Hill Correctional Facility, 500

9  Cheyney Road, Thornton, PA 19373.

10    DATED this 15th day of January, 2014.

11

12                         Respectfully submitted,

13                         DANIEL G. BOGDEN
                           United States Attorney

14

15                         KATHRYN C. NEWMAN
                           Assistant United States Attorney

16

17

18

19

20

21

22

23

24

                                        2