UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LARRY PIERCE,<br><br>　　　　　Defendant. | CASE NO. 2:14-cr-00018-LRH-GWF<br><br>FINDINGS OF FACT,<br>CONCLUSIONS OF LAW AND<br>ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs more time to fully prepare for sentencing.
2. The parties agree to the continuance.
3. Additionally, denial of this request for continuance could result in a miscarriage of justice.
4. The additional time requested by the stipulation is allowed with the defendant's consent under the Federal Rules of Procedure 5.1(d).

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the interests of the public and the defense in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the Defendant's consent, pursuant to the Federal Rules of Procedure 5.1(d).

. . .

1

**ORDER**

IT IS THEREFORE ORDERED that the sentencing currently scheduled for September 23, 2015 at 3:00 PM be vacated and continued to Tuesday, the 8th day of December, 2015, at 1:30 p.m. in a Las Vegas Courtroom, to be determined, before Judge Larry R. Hicks.

DATED AND DONE this 17th day of September, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE