# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:14-CR-018-LRH-(GWF) |
| ) | |
| LARRY PIERCE, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

This Court finds that defendant LARRY PIERCE pled guilty to Count One of a One-Count Criminal Indictment which was Count Four of a Four-Count Superseding Criminal Indictment, that the parties stipulated orally at the Change of Plea to LARRY PIERCE pleading to the charge as set forth in the Superseding Indictment, charging him with Bank Robbery in violation of Title 18, United States Code, Section 2113(a). Criminal Indictment, ECF No. 1; Superseding Criminal Indictment, ECF No. 50; Change of Plea, ECF No. 56; Plea Agreement, ECF No. 57.

This Court finds defendant LARRY PIERCE agreed to the imposition of the in personam criminal forfeiture money judgment of $22,178 set forth in the Forfeiture Allegation of the Superseding Criminal Indictment during the Sentencing Hearing. Criminal Indictment, ECF No. 1; Superseding Criminal Indictment, ECF No. 50; Change of Plea, ECF No. 56; Plea Agreement, ECF No. 57; Sentencing Hearing, ECF No. 69.

This Court finds that LARRY PIERCE shall pay a criminal forfeiture money judgment of $22,178 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P.

32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from LARRY PIERCE the criminal forfeiture money judgment in the amount of $22,178 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Daniel D. Hollingsworth, Asset Forfeiture Unit.

DATED this 19th day of February, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE