# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.  2:14-cr-00018-LRJ-GWF |
| vs. ) | **ORDER** |
| LARRY PIERCE, ) | |
| Defendant. ) | |

This matter is before the Court on Peter S. Christiansen, Esq. and Kendelee Leascher Works, Esq.'s ("Counsel") Motion to Withdraw as Counsel for Defendant Larry Pierce (#73), filed on March 1, 2016.

Counsel bring the instant motion on behalf of the Christiansen Law Offices, requesting the Court grant their request to withdraw as attorneys of record for Defendant Pierce.  Counsel represent that Defendant Pierce entered into a Guilty Plea Agreement and was sentenced on February 4, 2016.  Counsel further represent that Defendant Pierce has indicated that he will not seek to appeal his sentence.  The Court finds that Counsel have provided good cause to justify withdrawal and that the withdrawal will not prejudice Defendant Pierce.  Accordingly,

**IT IS HEREBY ORDERED** that Peter S. Christiansen, Esq. and Kendelee Leascher Works, Esq.'s Motion to Withdraw as Counsel (#73) is **granted**.

DATED this 2nd day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge